IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CHRIS JERRY HACKBART,
FAYE A. HACKBART and
RUSSELL JAY GOULD,

                  ORDER

       Plaintiffs,

                  12-cv-515-slc

  v.

AMERICA'S WHOLESALE LENDER,
BAC HOME LOANS SERVICING, L.P. and
COLUMBIA COUNTY CIRCUIT COURT,

       Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CHRIS JERRY HACKBART,
FAYE A. HACKBART and
RUSSELL JAY GOULD,

       Plaintiffs,

                  12-cv-568-slc[1]

  v.

ASSOCIATED BANK,
COLUMBIA COUNTY CIRCUIT COURT,
JOHN A. CRAVENS, LAURA KOTTKE and
MALLERY ZIMMERMAN S.C.,

       Defendants.

---

[1] I am exercising jurisdiction over case nos. 12-515 and 12-568 for the purpose of this order.

1

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CHRIS JERRY HACKBART,
FAYE A. HACKBART and
RUSSELL JAY GOULD,

                Plaintiffs,

                                                                    12-cv-687-bbc

    v.

AMERICA'S WHOLESALE LENDER,
BAC HOME LOANS SERVICING, L.P. and
COLUMBIA COUNTY CIRCUIT COURT,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Plaintiffs Chris Hackbart, Faye Hackbart and Russell Gould filed these lawsuits and paid the requisite $350 filing fees. Although plaintiffs appear to be complaining about defendants' efforts to foreclose a mortgage on the Hackbarts' property, I cannot tell from their complaints whether there is any basis for their complaints. Plaintiffs do not allege any comprehensible facts or state any cognizable claims under federal or state law.

A district court must dismiss a complaint for lack of subject matter jurisdiction if the claims stated are "so insubstantial, implausible, foreclosed by prior decisions of [the United States Supreme Court], or otherwise completely devoid of merit as not to involve a federal controversy." Steel Company v. Citizens for a Better Environment, 523 U.S. 83, 89 (1998)(citing Oneida Indian Nation of N.Y. v. County of Oneida, 414 U.S. 661, 666 (1974)). Because plaintiffs' complaints are unintelligible, I conclude that these cases should be dismissed on the court's own motion for lack of subject matter jurisdiction.

ORDER

IT IS ORDERED that the above-captioned cases are DISMISSED with prejudice for lack of subject matter jurisdiction.

Entered this 10th day of October, 2012.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge