IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHRIS JERRY HACKBART,
FAYE A. HACKBART and
RUSSELL JAY GOULD,

        JUDGMENT IN A CIVIL CASE

    Plaintiffs,

        12-cv-515-bbc

v.

AMERICA'S WHOLESALE LENDER,
BAC HOME LOANS SERVICING, L.P. and
COLUMBIA COUNTY CIRCUIT COURT,

    Defendants.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice for lack of subject matter jurisdiction.

    _____       10/11/12
        Peter Oppeneer, Clerk of Court                Date